# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135521

ROBERT S. BECK,
        Plaintiff-Appellee,

v

TGM BROADBAND CABLE SERVICES and
ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
        Defendants-Appellants,
and

TGM BROADBAND CABLE SERVICES and
LIBERTY MUTUAL INSURANCE COMPANY,
        Defendants-Appellees,
and

SECOND INJURY FUND (PERMANENT &
TOTAL DISABILITY PROVISIONS),
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135521
COA: 277384
WCAC: 05-000279

      On order of the Court, the application for leave to appeal the November 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

Clerk